*The New-York Life Insurance and Trust Company* v. *Richard L. Allen et al.* J. EDWARDS, for Allen and Hinckley ; O. L. BARBOUR, for purchaser. Application for resale denied, with costs to be taxed.

*Silas Brown et al.* v. *John Southworth.* S. A. FOOT, for complainants; B. JOHNSON and E. F. SMITH, for defendant. Application for a new trial of the issue denied. Decree declaring the judgment of Southworth fraudulent and void as against the complainants, with costs to the complainants, to be taxed.

# BENJ. F. SHERMAN,

## MASTER IN CHANCERY,

### 18 Wall-street, New-York.

, THE subscriber will give his prompt attention to such counsel business before the Chancellor, as may be sent to him between the May and August terms of the court of chancery.

May 2d, 1843.　　　　　O. L. BARBOUR.